Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−12188−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jack Michael Sirignano                     Heather Ellen Sirignano
21 Holiday Road                            21 Holiday Road
Manalapan, NJ 07726                        Manalapan, NJ 07726

Social Security No.:
   xxx−xx−3788                                xxx−xx−8015

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 10/17/18 at 09:00 AM

to consider and act upon the following:

35 − Creditor's Certification of Default (related document:32 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing. Objection deadline is 09/21/2018. (Attachments: # 1 Exhibit A − Consent Order # 2 Exhibit B − Certificate Re: Post−Petition Payment History # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 9/21/18

                                          Jeanne Naughton
                                          Clerk, U.S. Bankruptcy Court