UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Joseph I. Windman, Esq. (JW7236)
4400 Route 9 South, Suite 3000
Freehold, New Jersey 07728
732-780-4222
Attorney for Debtor(s)

In Re:

Jack Michael Sirignano
Heather EllenSirignano

Case No.: 17-12188-CMG

Chapter: 13

Judge: Christine M. Gravelle

## CERTIFICATION OF DEBTOR'S COUNSEL
## SUPPORTING SUPPLEMENTAL CHAPTER 13 FEE

**Under D.N.J. LBR 2016-5 this supplemental fee application may contain requests for compensation of $2,000 or less. Requests for compensation over $2,000 must be filed under D.N.J. LBR 2016-1.**

Joseph I. Windman, Esquire, certifies as follows:

1. I represent the debtor in connection with the following proceeding(s) in debtor's chapter 13 case:

## STANDARD FEES

| | |
|---|---|
| ☐ Prosecution of motion on behalf of debtor. | $500.00 |
|     Nature of motion: _____ | |
|     Hearing date(s): _____ | |
| ☒ Defense of motion on behalf of debtor (Including filing Objection to Creditor's or Trustee's Certification of Default). | $400.00 |
|     Nature of motion: Creditor Certification of Default | |
|     Hearing date(s): October 17, 2018 | |
| ☐ Additional court appearance(s). (Not to exceed three). | $100.00 |
|     Purpose: _____ | |
|     Hearing date(s): _____ | |
| ☒ Filing and appearance on a modified Chapter 13 Plan. | $300.00 |
| ☐ Preparation of Wage Order | $100.00 |
| ☐ Preparation and filing of Amendments to Schedules D, E, F, G, H or List of Creditors | $100.00 |
| ☐ Preparation and filing of other amended schedules | $100.00 |
| ☐ Preparation and filing of Application for Retention of Professional | $200.00 |
| ☐ Preparation and filing of Notice of Sale or Settlement of Controversy | $100.00 |

## NON-STANDARD FEES

> **Do not combine standard and non-standard fees for the same motion or service. If you believe the standard fee is inappropriate for services in a particular instance, you must request only non-standard fees for that particular service.**

Describe non-standard services in detail, and attach a time detail (including applicable hourly rates) as Exhibit A: _____

_____

_____

_____

Describe non-standard expenses in detail:

_____

_____

_____

_____

2. To date, in this case:

   I have applied for fees (including original retainer) in the amount of:  $3,500.00

   To date, I have received:  $3,500.00

3. I seek compensation for services rendered in the amount of $ 700.00 payable:

   ☒ through the chapter 13 plan as an administrative priority.

   ☐ outside the plan.

4. ☒ This allowance will not impact on plan payments.

   ☐ This allowance will impact on plan payments.

   Present plan:    $ _____ per month for _____ months.

   Proposed Plan:   $ _____ per month for _____ months.

3

5. Pursuant to D.N.J. LBR 2016-5(b)(3), I have not filed a supplemental fee application within the preceding 120 days.

I certify under penalty of perjury that the above is true.

Date: December 31, 2018

/s/ Joseph I. Windman, Esq.
Signature

*rev. 8/1/15*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Joseph I. Windman, Esq. (JW7236)
4400 Route 9 South, Suite 3000
Freehold, New Jersey 07728
732-780-4222
Attorney for Debtor(s)

In Re:

Jack Michael Sirignano
Heather Ellen Sirignano

Case No.:   17-12188-CMG

Chapter:    13

Judge:      Christine M. G

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Joseph I. Windman, Esq._____, the applicant, is allowed a fee of $ _____700.00_____ for services rendered and expenses in the amount of $_____ for a total of $_____700.00_____. The allowance is payable:

    ☒ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____n/a_____ per month for _____n/a_____ months to allow for payment of the above fee.

*rev.8/1/15*

2

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Joseph I.. Windman, Esq. (JW7236)<br>4400 Route 9 South, Suite 3000<br>Freehold, New Jersey 07728<br>732-780-4222<br>Attorney for Debtor(s) | Chapter 13<br><br>Case No.: 16-29403-CMG<br><br>Hearing Date:<br><br>Honorable Christine M. Gravelle |
| In Re:<br>Chester W. Anderson, IV<br><br><br>Debtor(s) | CERTIFICATION OF SERVICE |

1. I, Joseph I. Windman, Attorney, represent the Debtor(s) in the above-captioned matter.

2. On December 31, 2018, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:
    Certification of Debtor's Counsel Supporting Supplemental Chapter 13 Fee Order

3. I certify under penalty of perjury that the above documents were sent using the usual mode of service indicated.

Dated: December 31, 2018

                                          /s/ Joseph I.. Windman
                                          Joseph I. Windman, Esq.

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo, Trustee<br>CN 4853<br>Trenton NJ 08650 | Trustee | __ Hand-delivered<br>x_ Regular mail<br>__ Certified mail/RR<br>__ E-mail<br>x_ Notice of Electronic Filing (NEF)<br>__ Other _____<br>(as authorized by the court*) |
| Mr & Mrs Sirignano<br>21 Holiday Road<br>Manalapan NJ 07726 | Debtor | __ Hand-delivered<br>x_ Regular mail<br>__ Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>(as authorized by the court*) |
|  | Creditor | __ Hand-delivered<br>x_ Regular mail<br>__ Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>(as authorized by the court*) |
|  | Creditor | __ Hand-delivered<br>x_ Regular mail<br>__ Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>(as authorized by the court*) |
|  | Creditor | __ Hand-delivered<br>x_ Regular mail<br>__ Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>(as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.