UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Joseph I. Windman, Esq. (JW7236)
4400 Route 9 South, Suite 3000
Freehold, New Jersey 07728
732-780-4222
Attorney for Debtor(s)

Order Filed on January 11, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Jack Michael Sirignano
Heather Ellen Sirignano

Case No.: 17-12188-CMG

Chapter: 13

Judge: Christine M. G

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

DATED: January 11, 2019

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Joseph I. Windman, Esq._____, the applicant, is allowed a fee of $ _____700.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____700.00_____ . The allowance is payable:

    ☒ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____n/a_____ per month for _____n/a_____ months to allow for payment of the above fee.

*rev.8/1/15*